UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FILED
JAMES J. WALDRON, CLERK
DEC 1 6 2009
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| | | |
|---|---|---|
| In re: | : | Case No.: 08-23639- RG |
| Amanda L. Allen  (plaintiff) | : | |
| v. | : | Adv. No.: 09-1904- RG |
| Robert Wood Johnson University Hospital at Rahway, | : | |
| CCI Inc.                    (defendant) | : | Judge: Gambardella |
| | : | |
| _____ | : | Chapter: 7 |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ___Rosemary Gambardella___, United States Bankruptcy Judge.

**Reason for Hearing:**   PROOF OF HEARING

**Location of Hearing:**   Courtroom No. 3E
UNITED STATES BANKRUPTC COURT
50 WALNUT STREET
NEWARK, NJ 07102

**Date and Time:**   February 18, 2010 @10:00 A.M.,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ✓  ARE REQUIRED      _____ ARE NOT REQUIRED


DATED:   12/16/2009                          JAMES J. WALDRON, Clerk


### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  12/16/2009       ,   the foregoing notice was served on the following:
Plaintiff
Plaintiff's Attorney
Defendant


JAMES J. WALDRON, Clerk

*Last revised 10-15-03 jml*